IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRANDON HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-cv-00408 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Griffin |
| BRIXMOR OAKWOOD COMMONS, LLC ) | |
| and NET REALTY HOLDING TRUST, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties to this action have filed an Agreed Order of Dismissal with Prejudice, stating they have resolved their dispute and stipulating to dismiss Plaintiff's claims with prejudice. (Doc. No. 12.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk of the Court to close the case.

It is so ORDERED.

Entered this the ___9___ day of July, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT